**CV12 2647**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

      Plaintiff,

- against -

RXMK CORP., d/b/a
WESTSIDE PHARMACY and
MARK KHASKELZON,

      Defendants.

- - - - - - - - - - - - - - - - -X

COMPLAINT

Civil Action No.

BRODIE, J.

GO, M.J.

**NO SUMMONS ISSUED**

      Plaintiff UNITED STATES OF AMERICA, by its attorney, LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, Elliot M. Schachner, Assistant U.S. Attorney, of counsel, hereby alleges for its complaint upon information and belief:

      1.    This is a civil action seeking penalties and injunctive relief under the Controlled Substances Act ("CSA"), as amended, 21 U.S.C. § 801 et seq..

### JURISDICTION AND VENUE

      2.    This Court has jurisdiction over this action pursuant to 21 U.S.C. § 842(c)(1) and 28 U.S.C. §§ 1345, 1355.

      3.    Venue is proper in the Eastern District of New York pursuant to 21 U.S.C. § 843(f)(2) and 28 U.S.C. § 1395.

## THE DEFENDANTS

4. At all times relevant to this action, defendant RXMK Corp. operated a pharmacy ("the pharmacy") known as Westside Pharmacy at 210 Avenue U, Brooklyn, New York under Drug Enforcement Administration registration number FR0250883.

5. At all times relevant to this action, defendant Mark Khaskelzon ("Khaskelzon") was actively involved in, and supervised, the operation of the pharmacy; personally distributed and dispensed controlled substances at the pharmacy; and was responsible for the pharmacy's compliance with the provisions of the CSA and the regulations promulgated pursuant to the CSA.

## FIRST CLAIM FOR RELIEF

6. Plaintiff repeats and realleges paragraphs 1 through 5 as if fully set forth herein.

7. On eighty-eight (88) occasions between October 2007 and August 2009, defendant RXMK, by defendant Khaskelzon, distributed controlled substances by filling purported prescriptions for a controlled substance, oxycodone.

8. Information concerning these purported prescriptions is set forth in Appendix A hereto, which is incorporated by reference as if fully set forth herein.

9. Each of the purported prescriptions referenced in Appendix A bore the forged prescription of a physician whose name appeared on the purported prescription.

10. None of the purported prescriptions referenced in Appendix A was issued for a legitimate medical purpose by a physician or other individual practitioner acting in the usual course of his or her professional practice.

11. Defendant RXMK, by defendant Khaskelzon, filled the purported prescriptions in violation of 21 U.S.C. §§ 802, 829(b).

12. As a result of the foregoing, Defendants are liable to the United States of America in the amount of not more than twenty-five thousand dollars ($25,000.00) for each purported prescription, pursuant to 21 U.S.C. § 842(c)(1)(A).

## SECOND CLAIM FOR RELIEF

13. Plaintiff repeats and realleges paragraphs 1 through 5 and 7 through 12 as if fully set forth herein.

14. As a result of the violations set forth herein, defendants are liable for injunctive relief pursuant to 21 U.S.C. § 843(f).

WHEREFORE, plaintiff United States of America respectfully requests that:

1. Judgment be entered against defendants in the amount of not more than two million two hundred thousand dollars ($2,200,000.00) on the First Claim for Relief;

2. The Court award plaintiff injunctive relief on the Second Claim for Relief;

3. Plaintiff be awarded its reasonable costs and disbursements in this action; and

4. The Court grant such other and further relief as the Court may deem just and proper.

Dated: Brooklyn, New York
       May 25, 2012

                          LORETTA E. LYNCH
                          United States Attorney
                          Eastern District of New York
                          Attorney for Plaintiff
                          271 Cadman Plaza East
                          Brooklyn, New York 11201

By: _____
     ELLIOT M. SCHACHNER
     Assistant U.S. Attorney
     (718) 254-6053

# APPENDIX A

| PHAR-RXNO | DRUG | strength | | DATE-FILLED | DATE-WRITTEN |
|---|---|---|---|---|---|
| 102265 | OXYC | 120 | 30mg | 10/23/2007 | 10/22/2007 |
| 103111 | OXYC | 120 | 30mg | 11/21/2007 | 11/21/2007 |
| 103112 | OXYC | 120 | 30mg | 11/23/2007 | 11/21/2007 |
| 103922 | OXYC | 120 | 30mg | 12/18/2007 | 12/17/2007 |
| 104860 | OXYC | 120 | 30mg | 1/17/2008 | 1/16/2008 |
| 104861 | OXYC | 120 | 30mg | 1/17/2008 | 1/16/2008 |
| 106039 | OXYC | 120 | 30mg | 2/14/2008 | 2/14/2008 |
| 106040 | OXYC | 120 | 30mg | 2/14/2008 | 2/14/2008 |
| 107212 | OXYC | 120 | 30mg | 3/14/2008 | 3/14/2008 |
| 107213 | OXYC | 120 | 30mg | 3/14/2008 | 3/14/2008 |
| 108584 | OXYC | 120 | 30mg | 4/16/2008 | 4/15/2008 |
| 108585 | OXYC | 120 | 30mg | 4/16/2008 | 4/15/2008 |
| 110050 | OXYC | 180 | 30mg | 5/15/2008 | 5/14/2008 |
| 110051 | OXYC | 120 | 30mg | 5/15/2008 | 5/14/2008 |
| 111479 | OXYC | 180 | 30mg | 6/17/2008 | 6/16/2008 |
| 111480 | OXYC | 180 | 30mg | 6/17/2008 | 6/16/2008 |
| 114192 | OXYC | 120 | 30mg | 8/21/2008 | 8/19/2008 |
| 114193 | OXYC | 180 | 30mg | 8/21/2008 | 8/19/2008 |
| 116259 | OXYC | 120 | 30mg | 10/4/2008 | 10/1/2008 |
| 116260 | OXYC | 180 | 30mg | 10/4/2008 | 10/1/2008 |
| 112644 | OXYC | 120 | 30mg | 7/17/2008 | 7/16/2008 |
| 112645 | OXYC | 180 | 30mg | 7/17/2008 | 7/16/2008 |
| 112654 | OXYC | 120 | 30mg | 7/17/2008 | 7/16/2008 |
| 118574 | OXYC | 180 | 30mg | 11/18/2008 | 11/17/2008 |
| 118575 | OXYC | 120 | 30mg | 11/18/2008 | 11/17/2008 |
| 119462 | OXYC | 120 | 30mg | 12/2/2008 | 12/2/2008 |
| 119463 | OXYC | 120 | 30mg | 12/3/2008 | 12/2/2008 |
| 119464 | OXYC | 120 | 30mg | 12/3/2008 | 12/2/2008 |
| 103923 | OXYC | 120 | 30mg | 12/18/2007 | 12/17/2008 |
| 121245 | OXYC | 120 | 30mg | 1/7/2009 | 12/17/2008 |
| 121246 | OXYC | 180 | 30mg | 1/7/2009 | 12/17/2008 |
| 121247 | OXYC | 120 | 30mg | 1/7/2009 | 12/17/2008 |
| 121248 | OXYC | 120 | 30mg | 1/7/2009 | 12/17/2008 |

| | | | | |
|---|---|---|---|---|
| 121249 | OXYC | 120 | 30mg | 1/7/2009 | 12/17/2008 |
| 121163 | OXYC | 120 | 30mg | 2/6/2009 | 2/6/2009 |
| 123164 | OXYC | 120 | 30mg | 2/6/2009 | 2/6/2009 |
| 123165 | OXYC | 120 | 30mg | 2/6/2009 | 2/6/2009 |
| 123166 | OXYC | 120 | 30mg | 2/6/2009 | 2/6/2009 |
| 123167 | OXYC | 180 | 30mg | 2/6/2009 | 2/6/2009 |
| 125191 | OXYC | 120 | 30mg | 03/10/2009 | 03/09/2009 |
| 125192 | OXYC | 120 | 30mg | 03/10/2009 | 03/09/2009 |
| 125193 | OXYC | 120 | 30mg | 03/10/2009 | 03/09/2009 |
| 125194 | OXYC | 120 | 30mg | 03/10/2009 | 03/09/2009 |
| 125195 | OXYC | 120 | 30mg | 03/10/2009 | 03/09/2009 |
| 125191 | OXYC | 120 | 30mg | 3/10/2009 | 3/9/2009 |
| 125192 | OXYC | 120 | 30mg | 3/10/2009 | 3/9/2009 |
| 125193 | OXYC | 120 | 30mg | 3/10/2009 | 3/9/2009 |
| 125194 | OXYC | 120 | 30mg | 3/10/2009 | 3/9/2009 |
| 125195 | OXYC | 120 | 30mg | 3/10/2009 | 3/9/2009 |
| 125413 | OXYC | 180 | 30mg | 03/14/2009 | 03/09/2009 |
| 126848 | OXYC | 120 | 30mg | 04/08/2009 | 04/08/2009 |
| 126849 | OXYC | 120 | 30mg | 04/08/2009 | 04/08/2009 |
| 126850 | OXYC | 180 | 30mg | 04/08/2009 | 04/08/2009 |
| 126851 | OXYC | 180 | 30mg | 04/08/2009 | 04/08/2009 |
| 126852 | OXYC | 120 | 30mg | 04/08/2009 | 04/08/2009 |
| 126853 | OXYC | 120 | 30mg | 04/08/2009 | 04/08/2009 |
| 129006 | OXYC | 120 | 30mg | 5/13/2009 | 5/12/2009 |
| 129002 | OXYC | 120 | 30mg | 05/13/2009 | 05/12/2009 |
| 129004 | OXYC | 120 | 30mg | 05/13/2009 | 05/12/2009 |
| 129005 | OXYC | 120 | 30mg | 05/13/2009 | 05/12/2009 |
| 129007 | OXYC | 180 | 30mg | 05/13/2009 | 05/12/2009 |
| 129008 | OXYC | 180 | 30mg | 6/20/2009 | 6/19/2009 |
| 131729 | OXYC | 180 | 30mg | 06/20/2009 | 06/19/2009 |
| 131726 | OXYC | 120 | 30mg | 06/20/2009 | 06/19/2009 |
| 131727 | OXYC | 120 | 30mg | 06/20/2009 | 06/19/2009 |
| 131728 | OXYC | 120 | 30mg | 06/20/2009 | 06/19/2009 |
| 131730 | OXYC | 180 | 30mg | 06/20/2009 | 06/19/2009 |

| | | | | |
|---|---|---|---|---|
| 131731 | OXYC | 180 | 30mg | 06/20/2009 | 06/19/2009 |
| 131832 | OXYC | 120 | 30mg | 06/22/2009 | 06/22/2009 |
| 131833 | OXYC | 120 | 30mg | 06/22/2009 | 06/22/2009 |
| 133688 | OXYC | 120.00 | 30mg | 7/22/2009 | 7/20/2009 |
| 133628 | OXYC | 120 | 30mg | 07/22/2009 | 07/20/2009 |
| 133621 | OXYC | 120 | 30mg | 07/22/2009 | 07/21/2009 |
| 133622 | OXYC | 120 | 30mg | 07/22/2009 | 07/21/2009 |
| 133623 | OXYC | 180 | 30mg | 07/22/2009 | 07/21/2009 |
| 133624 | OXYC | 120 | 30mg | 07/22/2009 | 07/21/2009 |
| 133625 | OXYC | 180 | 30mg | 07/22/2009 | 07/21/2009 |
| 133626 | OXYC | 180 | 30mg | 07/22/2009 | 07/21/2009 |
| 133627 | OXYC | 120 | 30mg | 07/21/2009 | 07/21/2009 |
| 135191 | OXYC | 120 | 30mg | 08/19/2009 | 08/16/2009 |
| 135605 | OXYC | 180 | 30mg | 8/26/2009 | 8/25/2009 |
| 135607 | OXYC | 120 | 30mg | 8/26/2009 | 8/25/2009 |
| 135608 | OXYC | 120 | 30mg | 8/26/2009 | 8/25/2009 |
| 135609 | OXYC | 120 | 30mg | 8/26/2009 | 8/25/2009 |
| 135610 | OXYC | 180 | 30mg | 8/26/2009 | 8/25/2009 |
| 135611 | OXYC | 120 | 30mg | 8/26/2009 | 8/25/2009 |
| 135612 | OXYC | 120 | 30mg | 8/26/2009 | 8/25/2009 |
| 135613 | OXYC | 180 | 30mg | 8/26/2009 | 8/25/2009 |